UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

MARCIA SUTTON,  :  06 Civ. 4775 (ENV)
 :
                         Plaintiff,  :  **STIPULATION DISCONTINUING**
    - against -  :  **ACTION AGAINST ABBOTT**
   **LABORATORIES WITH**
THE ABBOTT LABORATORIES, et al.,  :  **PREJUDICE**

                        Defendants. :

----------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff Marcia Sutton and defendant Abbott Laboratories ("Abbott") in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above-entitled action be, and the same hereby is discontinued with prejudice as against Abbott without costs to any party hereto as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       April __, 2010

MORELLI RATNER, P.C.                          LITTLETON JOYCE UGHETTA
                         PARK & KELLY LLP

By: _____        By: _____
   David S. Ratner (DR-7758)                  Robert D. Wilson, Jr. (RW-4357)
Attorneys for Plaintiff                             Attorneys for Defendant
950 Third Avenue                                      Abbott Laboratories
New York, New York 10022                   One Manhattanville Road, Suite 302
Telephone: (212) 751-9800                  Purchase, New York 10577
                            Telephone: (914) 417-3400

SO ORDERED:

_____
HON. ERIC N. VITALIANO

3590376v.1